IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY *as Trustee for* Long Beach Mortgage Loan Trust 2006-7 | § § § § § |
| VS. | § CIVIL ACTION NO. 4:15-CV-785-Y |
| BARBARA L. MACY, et al. | § § § |

ORDER AUTHORIZING REMOVING PARTY TO PROCEED IN FORMA PAUPERIS

On September 2, 2014, removing party Barbara L. Maxey filed a completed long form application to proceed in forma pauperis. Having reviewed Plaintiff's motion/application to proceed in forma pauperis, the undersigned has determined that removing party Barbara L. Maxey is entitled to proceed in forma pauperis under 28 U.S.C. § 1915(a)(1). Although the information provided in the application indicates that in forma pauperis status is presently warranted, the removing parties are advised that under 28 U.S.C. § 1915(e)(2), the Court shall **dismiss** the case at any time if the Court determines **the allegation of poverty is untrue, or if the action is frivolous, malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief.** *See* 28 U.S.C. § 1915(e)(2)(B).

It is therefore ORDERED that the motion to proceed in forma pauperis [docket no. 3] be, and is hereby, GRANTED such that Barbara L. Maxey is authorized to proceed with the commencement of this civil suit without prepayment of fees or the necessity of giving security therefor.

After docketing of this order, this action should be returned to the United States District Judge for further review and for such other action as may be deemed appropriate.

SIGNED October **20**, 2015.

                                                      _____
                                                     JEFFREY L. CURETON
                                                     UNITED STATES MAGISTRATE JUDGE