IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY | § § § | |
| VS. | § § | ACTION NO. 4:15-CV-785-Y |
| BARBARA L. MAXEY and ALL OCCUPANTS OF 521 KEMPER AVENUE, CROWLEY, TX 76036 | § § § | |

## FINAL JUDGMENT OF REMAND

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, all claims are hereby REMANDED to the Justice of the Peace Court, Precinct Six, Tarrant County, Texas. All costs of Court under 28 U.S.C. § 1920 shall be borne by Defendant.

SIGNED October 22, 2015.

_/s/ Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE