# United States District Court

Northern District of Texas

Karen Mitchell  
Clerk of Court

Fort Worth Division

10/22/2015

Clerk of Court  
Justice of the Peace Court 6  
6551 Granbury Road  
Fort Worth, TX 76133

RE: Remand of 4:15-CV-785-Y (Your #E56251)

Style: Deutsche Bank National Trust Company v. Maxey

Dear Clerk:

    Enclosed is a certified copy of an Order and/or Judgment remanding the above captioned case back to the             Justice of the Peace, Precinct Six            , Tarrant County, TX along with a copy of the docket sheet.

    If you have any questions regarding this matter, I may be reached at 817-850-6600 .

Sincerely,  
Karen Mitchell, Clerk

By: E. Dieth  
     Deputy Clerk

Enclosure  Certified copy of order, judgment, and docket sheet

cc: